IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00227-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS RAY NICHOLS, | ) | |
| Defendant. | ) | |

Before the court is Defendant's Reply to his Request for a Hearing on Exemptions and Defendant's Motion for an Order Holding the Proceedings in Abeyance [DE-160]. On or before August 29, 2013, the Government is DIRECTED to file a response. The response should specifically include whether the Government objects to Defendant's request for an order placing execution of the property in abeyance for approximately six months. The response should also include a more elaborate statement of the legal basis upon which the Government relies to oppose Defendant's request for a hearing.[1]

SO ORDERED.

This, the 31st day of July, 2013.

JAMES C. FOX
Senior United States District Judge

---

[1] In the Government's July 10, 2013 Response to Request for Hearing on Exemptions, the Government fairly summarily concludes that a hearing is not necessary because "the United States will not object to any exemptions claimed that is allowed by 18 U.S.C. § 3613." [DE-158 at 2.]