IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00227-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS RAY NICHOLS, | ) | |
| Defendant. | ) | |

Before the court is Defendant's May 28, 2013 Request for a Hearing and Claim for Exemptions [DE-157] and the Government's two Responses [DE-158, DE-162] in opposition. A review of Defendant's Claim for Exemptions Form reveals that Defendant is claiming exemptions that relate to personal property, yet the Writ of Execution only seeks to execute on real property. Therefore, on or before August 23, 2013, Defendant is DIRECTED to file a Response that states which exemptions he is seeking that are relevant to the real property at issue in this matter. Upon receipt and examination of Defendant's Response, the undersigned will determine whether a hearing is necessary.

SO ORDERED.

This, the 2nd day of August, 2013.

James C. Fox
JAMES C. FOX
Senior United States District Judge